UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AKSHAT PRAJAPATI,

Petitioner,

v.

CHRISTOPHER J. LAROSE, SENIOR WARDEN, OTAY MESA DETENTION CENTER,

Respondent.

Case No.: 26cv3727-LL-AHG

**ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

[ECF Nos. 1, 2]

Before the Court is a Petition and an Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Akshat Prajapti, who is represented by counsel. ECF Nos. 1, 2 ("Pet." and "Amended Pet.").

Petitioner is a citizen of India and is currently detained at Otay Mesa Detention Center. Amended Pet. ¶ 25. He alleges that his prolonged detention violates the Fifth Amendment's Due Process Clause, the Administrative Procedures Act, and the Fourth Amendment of the Constitution. *Id.* ¶¶ 49-82. He seeks a writ of habeas corpus directing Respondents to release him. *Id.* at 16.

As an initial matter, Petitioner's Amended Petition states that a "final order that could not executed because Laos declined return, years of release and rehabilitation and no

identified material change." *Id.* ¶ 44. However, Petitioner is from India, and it is unclear what Petitioner's counsel is referring to given that there is nothing in the record to indicate that Respondents intend to remove Petitioner to Laos. The Court also notes that Petitioner had previously filed a habeas petition arising out of his November 30, 2025 detention, which this Court already denied on March 24, 2026. Order Denying Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, *Prajapati v. Christopher J. Larose*, No. 26cv1209-LL-BJW (March 24, 2026), ECF No. 6. Based on the Court's review of the instant Amended Petition, the Court finds that it is duplicative or repetitive of the first petition and **DISMISSES** it without prejudice. *See e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).

The Clerk of Court shall close this matter.

**IT IS SO ORDERED.**

Dated: August 17, 2026

Honorable Linda Lopez
United States District Judge